INDIANA DEPARTMENT OF STATE REVENUE, INHERITANCE TAX DIVISION v. SHORT, ADMINISTRATRIX, ETC.

[No. 29,261. Filed June 24, 1955.]

*Edwin K. Steers,* Attorney General, and *George B. Hall,* Deputy Attorney General, for appellants.

*Nichols & Nichols,* of Knox, for appellee.

PER CURIAM—This is an appeal from the Starke Circuit Court of the State of Indiana. It is a matter growing out of a decedent's estate, namely, a redetermination of an inheritance tax. Appeals growing out of matters connected with decedent's estates should be taken to the Appellate Court. *State of Indiana ex rel. Green* v. *Jeffries et al.* (1925), 83 Ind. App. 524, 149 N. E. 373.

This appeal was erroneously filed in the Supreme Court. Under the authority of §4-217, Burns' 1946 Replacement, it is ordered transferred to the Appellate Court of the State of Indiana.

NOTE.—Reported in 127 N. E. 2d 341.